**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES INC.,<br><br>    Defendant. | Civil Action No.: 2:23-cv-04185-MEF-LDW<br><br>**[PROPOSED] ORDER** |

Currently before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(1).

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is granted and the Complaint is dismissed with prejudice.

SO ORDERED this _____ day of _____, 2023

_____
The Honorable Michael E. Farbiarz
United States District Judge