# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, individually, and on behalf of all other similarly situated consumers, <br><br> Plaintiff, <br> vs. <br><br> TJX COMPANIES INC. <br><br> Defendant. | ) Case No.: 2:23-cv-04185-MEF-LDW <br> ) <br> ) <br> ) STIPULATION OF DISMISSAL WITH <br> ) PREJUDICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOW COMES Plaintiff, Carlos Herrera, and Defendant, TJX Companies Inc., by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this matter shall be dismissed against Defendant TJX Companies Inc., with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: December 18th, 2025

Respectfully submitted,

*/s/* Lotus Cannon
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Direct: +1-212-218-5618
Fax: +1-917-344-1379
lcannon@seyfarth.com
Attorney for Defendant

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway,
Paterson, NJ 07514
Tel: (862) 227-3106
Fax: (973) 282-8603
Email: dz@zemellawllc.com
Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 18th, 2025, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

<u>/s/ Daniel Zemel</u>
Daniel Zemel, Esq.