# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, individually, and on behalf of all other similarly situated consumers,<br><br>    Plaintiff,<br>vs.<br><br>TJX COMPANIES INC.<br><br>    Defendant. | Case No.: 2:23-cv-04185-MEF-LDW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

NOW COMES Plaintiff, Carlos Herrera, and Defendant, TJX Companies Inc., by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this matter shall be dismissed against Defendant TJX Companies Inc., with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: December 18th, 2025

Respectfully submitted,

| | |
|---|---|
| */s/* Lotus Cannon<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>Direct: +1-212-218-5618<br>Fax: +1-917-344-1379<br>lcannon@seyfarth.com<br>Attorney for Defendant | */s/ Daniel Zemel*<br>Daniel Zemel, Esq.<br>Zemel Law LLC<br>660 Broadway,<br>Paterson, NJ 07514<br>Tel: (862) 227-3106<br>Fax: (973) 282-8603<br>Email: dz@zemellawllc.com<br>Attorney for Plaintiff |

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date: 12/19/2025

CERTIFICATE OF SERVICE

I hereby certify that on December 18th, 2025, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.